JOHN H. PIERCE et al., complainants and appellants,

*v.*

THE OLD DOMINION COPPER MINING AND SMELTING COMPANY et al., defendants and respondents.

[Argued March 6th, 1908.    Decided June 15th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported in *72 N. J. Eq. (2 Buch.) 595.*

*Mr. Edward M. Colie* and *Mr. Bennet Van Syckel,* for the appellants.

*Messrs. Collins & Corbin,* for the respondents.

PER CURIAM.

Upon the filing of the bill of complaint herein, application was made for an injunction and for the appointment of a receiver. Both applications were denied, for reasons set forth in an opinion delivered by Vice-Chancellor Stevenson, reported in *67 N. J. Eq. (1 Robb.) 399.*

Answers having been filed, the cause proceeded to final hearing, whereupon a decree was made dismissing the bill, without prejudice to the rights of the complainant herein to file a bill

to restrain the Old Dominion Copper Mining and Smelting Company and its directors from diverting, misapplying or mismanaging the so-called "segregated assets," described in the bill of complaint, and from carrying out any contracts which the complainants may have a right to declare void. See second opinion of Vice-Chancellor Stevenson, reported in *72 N. J. Eq.* (*2 Buch.*) *595.*

We concur in the views expressed by the learned vice-chancellor so far as they are pertinent to the questions raised by the present appeal, and the decree under review should therefore be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL —15.

*For reversal*—None.